IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**DAVID BILFELD,** Plaintiff,
vs.
**TOWN & COUNTRY RESTAURANT LLC,
ETHAN HUDSON, INC., and BRIAN ELDRIDGE,**
Defendants.

## COMPLAINT

Plaintiff David Bilfeld, by his attorneys, complains of defendants for return of his $100,000 subscription amount paid to Town & Country Restaurant LLC.

1. **Federal Diversity Jurisdiction.** This is an action brought by plaintiff under 28 USC §1332(a) to recover his $100,000 subscription paid to a limited liability company. The action is between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

2. **The Parties.** Plaintiff David Bilfeld is a citizen of Arizona.

3. Defendant Town & Country LLC (the "LLC") is a Delaware limited liability company whose principal office was located at 2421 W. Grand Ave., Chicago, IL 60612. The Illinois Secretary of State revoked the LLC's authority to do business in Illinois on November 14, 2008.

4. Defendant Ethan Hudson, Inc. is an Illinois corporation that was the Manager of the LLC. The Illinois Secretary of State involuntarily dissolved defendant Ethan Hudson, Inc. on October 10, 2008.

5. Defendant Brian Eldridge is a citizen of Illinois who owned and controlled Ethan Hudson, Inc., and is the principal promoter of the LLC.

6. Defendants Ethan Hudson, Inc. and Brian Eldridge are necessary parties.

7. **The Subscription Agreement.** David Bilfeld received a Confidential Offering Memorandum from the LLC.

8. Plaintiff David Bilfeld entered into a Subscription Agreement with the LLC pursuant to the Confidential Offering Memorandum, and paid a $100,000 subscription amount to the LLC.

9. **Subscription Proceeds On Deposit.** The Confidential Offering Memorandum states that paid subscription proceeds of the offering "*shall be deposited in a non-interest bearing account of the LLC and shall not be used by the LLC until the later of the date that (A) at least 120 Preferred Units have been subscribed for ($1,200,000 raised) and (B) the LLC has entered into a satisfactory lease for the proposed space ("Proposed Space) for the restaurant to be owned by the LLC at 525 W. Monroe, Chicago, IL 60661.*"

10. The Confidential Offering Memorandum further states that if the LLC does not receive subscriptions for 120 Preferred Units prior to November 1, 2007, "*any Subscriber may withdraw its subscription by written notice to the LLC, without any liability to the LLC, whereupon the LLC shall return such Subscriber's subscription proceeds, without interest, to such Subscriber.*"

11. The LLC has not received subscriptions for 120 Preferred Units.

12. The LLC has not entered into any lease for the Proposed Space.

2

13. **Demand For Return of Subscription.** On November 12, 2009, counsel for plaintiff David Bilfeld sent the attached letter to the LLC, demanding return of David Bilfeld's subscription payment upon his withdrawn subscription.

14. The demand letter was delivered to the LLC's registered agent and Brian Eldridge.

15. Plaintiff has not received any part of his $100,000 subscription payment.

**WHEREFORE**, plaintiff prays that the Court grant the following relief:

A. Order defendants to cause $100,000 to be paid to David Bilfeld from the account of Town & Country Restaurant LLC or otherwise, as a return of his subscription amount pursuant to the terms of the Confidential Offering Memorandum of Town & Country Restaurant LLC.

B. Enter such other, further, or different relief as may be appropriate under the circumstances.

**DAVID BILFELD,** Plaintiff

By: */s/ Donald F. Spak*
One of His Attorneys

Donald F. Spak
180 North LaSalle St., #2510
Chicago, IL 60601
(312) 214-1818
Attorneys for Plaintiff

3

# DONALD F. SPAK
ATTORNEY AND COUNSELOR
180 NORTH LASALLE STREET – SUITE 2510
CHICAGO, ILLINOIS 60601
(312) 214-1818
FAX (312) 609-0578

DONALD F. SPAK
DIRECT DIAL (312) 214-1818
don@spaklaw.com

November 12, 2009

Town and Country Restaurant LLC
c/o Laurence J. Feller, Esq.
180 N. LaSalle St., #3700
Chicago, IL 60601

Town and Country Restaurant LLC
Attn: Brian Eldridge
2421 W. Grand Ave.
Chicago, IL 60612

Re: **David Bilfeld**

Gentlemen and Ladies:

I'm writing on behalf of David Bilfeld to recover his subscription payment made to Town and Country Restaurant LLC pursuant to the Confidential Offering Memorandum.

Page 6 of the Confidential Offering Memorandum states that if the LLC does not receive subscriptions for 120 Preferred Units prior to November 1, 2007, "any Subscriber may withdraw its subscription by written notice to the LLC, without any liability to the LLC, whereupon the LLC shall return such Subscriber's subscription proceeds, without interest, to such Subscriber." Mr. Bilfeld understands that the LLC has not received subscriptions for 120 Preferred Units, and it is more than two years past November 1, 2007.

David Bilfeld also requests information from Town and Country Restaurant LLC concerning the status of the lease for the Proposed Space at 525 W. Monroe St., Chicago, IL 60661. In particular, has a lease been entered into by the LLC for the Proposed Space, and if not, has the Landlord of the Proposed Space terminated the Letter of Intent? Also, how many subscriptions have been received to date, and where are the proceeds being held?

Mr. Bilfeld demands the return of his subscription proceeds/payment and the answers to his questions, at my office not later than 5:00 p.m. on Monday, November 23, 2009.

Very truly yours,

Donald F. Spak

cc: David Bilfeld